UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LAKE COUNTY, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-03117-NJV<br><br>**ORDER VACATING CASE MANAGMENT CONFERENCE** |

　　　For good cause, it is ORDERED that the Case Management Conference currently set for October 20, 2015, and its attendant deadlines are VACATED.  The court will reset the conference following receipt of Defendants' answers or other responsive pleadings.

　　　**IT IS SO ORDERED**.

Dated: October 14, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5                             EUREKA DIVISION
6
7
8   JAMES LA VELL HARRIS,                    Case No.  15-cv-03117-NJV
            Plaintiff,
9
10      v.                                   **CERTIFICATE OF SERVICE**
11  LAKE COUNTY, et al.,
            Defendants.
12
13
14      I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.
15      That on October 14, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
16
17
18
19
20  James La Vell Harris
    P.O. Box 552
21  Clearlake Park, CA 95424
22
23  Dated: October 14, 2015
24                                          Susan Y. Soong
                                            Clerk, United States District Court
25
26
    By:_____
27  Robert Illman, Deputy Clerk to the
    Honorable NANDOR J. VADAS
28

2