IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>LAKE COUNTY ET AL.,<br><br>Defendants.<br>  / | No. C 15-05580 WHA<br><br>**REFERRAL FOR PURPOSE OF DETERMINING WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Nandor Vadas for consideration of whether the case is related to *James La Vell Harris v. Lake County, et al.*, Case No. 15-cv-03117 NJV.

Dated: January 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE