UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES LA VELL HARRIS,<br>　　　　Plaintiff,<br>　　v.<br>LAKE COUNTY, et al.,<br>　　　　Defendants. | Case No.  15-cv-03117-NJV<br><br>**ORDER DETERMINING CASES ARE NOT RELATED**<br><br>Re: Dkt. No. 39 |

Following a review of the referred case, *James La Vell Harris v. Lake County, et al.*, Case No. 15-cv-05580 WHA, the court determines that the actions do not concern substantially the same transaction or event, such that relation is warranted.

**IT IS SO ORDERED**.

Dated: January 11, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge